UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 22-CR-63-VMC-TGW

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOSHUA RANDALL FRIEDBAUER,

       Defendant.
_____/

## JOSHUA RANDALL FRIEDBAUER'S SENTENCING MEMORANDUM AND REQUEST FOR A DOWNWARD VARIANCE

The Defendant, **Joshua Randall Friedbauer ["Mr. Friedbauer"]**, by and through his undersigned counsel, files this request for a downward variance from the sentencing guidelines pursuant to *United States v. Booker*, 543 U.S. 220 (2005).

Mr. Friedbauer's presumptive sentencing guideline imprisonment range is 188-235 months. [DE 92: ¶104]. Mr. Friedbauer faces a 10-year minimum mandatory sentence on Count 1 [Enticement of a Minor] and a five (5) year minimum mandatory sentence on Count 2 [Receipt of Child Pornography]. [Id: ¶103].

Against the backdrop of the § 3553 (a) sentencing factors, Mr. Friedbauer humbly asks the Honorable Court to downwardly vary to the 10-year minimum mandatory on Count 1, to run concurrently with the five-(5) year minimum mandatory on Count 2, and to impose a 10-year term of supervised release. A sentence within these parameters is sufficient but not greater than necessary to advance the sentencing goals of § 3553(a).

## Synopsis of Mr. Friedbauer's History and Characteristics

| No. | Subject Matter | Factual Details |
|---|---|---|
| 1 | Birthplace | Born in San Francisco, California. Raised in Miami, Florida. |
| 2 | DOB | 4/27/62 [61 Years old]. |
| 3 | Military Experience | Veteran of the Gulf War Era and Peacetime; Served in the United States Marine Corps from 4/28/80 to 7/15/84; Served in the Army National Guard from 9/29/95 to 1/2/02; Served in the Army from 1/3/02 to 7/31/12; Sustains Traumatic Brain Injury, Post Traumatic Stress Disorder and Dementia from Head Injuries Experienced in the Field during the Wars in Iraq and Afghanistan; and Honorably Discharged from the Military in 2012. |
| 4 | Military Awards [Ex. H-DD Form 214] | Italian Parachutist Badge; Senior Parachutist Badge; Army Commendation Medal [4th Award]; Joint Service Achievement Medal; Army Achievement Medal [5th Award]; Joint Meritorious Unit Award; USA-USAF Presidential Unit Citation; Army Good Conduct Medal [4th Award]; USMC Good Conduct Medal [2nd Award]; Afghanistan Campaign Medal W/Two Campaign Stars; Humanitarian Service Medal; Iraq Campaign Medal W/Campaign Star; Non Commissioned Officer Professional Development Ribbon [3rd Award]; Army Service Ribbon; Army Reserve Component Overseas Training Ribbon; Armed Forces Reserve Medal W/M Device; USN Sea Service Deployment Ribbon; and Master Parachutist. |
| 5 | More Military Awards Achievements, and Commendation Letters [Composite Exhibit I] | Parachute Rigger Course Diploma; Airdrop Load Inspector Certification Course; Ram Air Parachute Systems Course; Military Free Fall Parachutist Badge; Army Commendation Medal; The Army Achievement Medal; Special Operations Training Detachment Diploma; Letter from Senator Bill Nelson Congratulating Graduation from Air Assault School and Exemplary Service to the Florida National and Air Guard; Completion of Air Assault Course; Non Article 5 NATO Medal for Service with NATO; Department of the Army-Florida Army National Guard Joint Meritorious Unit Award; Letter from the Department of the Army-Florida National Guard Activating Mr. Friedbauer for Active Duty to Assist with Preventing Civil Disturbances and Humanitarian Operations during Hurricane Charley; |

| | | |
|---|---|---|
| | | Department of Defense Certificate of Recognition for Promoting Peace and Stability in the United States during the Cold War; State of Florida-Department of Military Affairs' Active Duty Ribbon; Letter of Appreciation from Lieutenant Colonel Donoghue Commending Mr. Friedbauer's Service to Hurricane Andrew Victims in Florida City and Homestead; and Letter of Appreciation from Major Howard Davidson Commending Mr. Friedbauer's Hurricane Andrew Service in "Operation Stay Behind Force." |
| 6 | Education and Work Experience | Graduates from North Miami Senior High School in 1980; Palm Beach Sheriff's Deputy from 1993 to 1995-Intoxilyzer 5000 Operator; Corrections Officer at the Broward Sheriff's Office from 1989 to 1993; Graduates with a Bachelor of Science in Management and Business Administration from Excelsior College in Albany, New York in 2013; Commercial Licenses and Certifications for Driving a Semi-Truck and Transit Bus. |
| 7 | Family | Mr. Ralph Friedbauer-Father-Deceased; Ms. Verna Friedbauer-Mother-Deceased; Ms. Christina Friedbauer-Daughter; Ms. Chloe Friedbauer-Daughter; Dr. Sonja Friedbauer-Sister-Pretrial Release Custodian-Veterinarian; Ms. Sharon Cartaya-Sister-Registered Nurse; Mr. Joseph Friedbauer-Brother-Bus Driver; Ms. Maryanne Breen-Half Sister-Bus Driver; Ms. Carol Raps and Ms. Linda Copeland-Half Sisters-Both Deceased from Suicide. |

Presidents Visit
Prior 911
War Efforts
Briefs
War Ops





**Downward Variance Argument**
**[Head Trauma Suffered during Military Service in the Gulf War Era that Causes**
**Traumatic Brain Injury, Post Traumatic Stress Disorder,**
**Executive Functioning Impairment, and Dementia]**

The central feature of Mr. Friedbauer's life is his exemplary military service to this country through the Marine Corps, Army National Guard, and Army over a 32-year period from 1980 to 2012. The height of this service occurs during the Gulf War Era where Mr. Friedbauer sustains head injuries in both the Afghanistan [2001-2002] and Iraq [2005-2006] military campaigns.

Mr. Friedbauer's VA Medical Record from 1/26/23 contains the following vital medical information:

GENERAL NEUROLOGY CLINIC NOTE

CHIEF COMPLAINT: Headaches and Memory Loss

HISTORY OF PRESENT ILLNESS:
Mr. Friedbauer is a 60-year-old man with PTSD (accompanied by his sister) who returns for follow up of headaches and memory problems. History is obtained primarily from patient's sister as patient becomes emotional and anxious when providing his history.

During his time in the military, he sustained multiple TBIs with loss of consciousness. He began having headaches in about 2005, approximately 3-4 x/week. The pain is located in the bifrontal area. He endorses nausea, photophobia, and phonophobia. Two of his siblings have migraines. He takes Ibuprofen about 3-4 x/week and Excedrin about twice per week. He previously had acupuncture which he did not find helpful.

Regarding his memory issues, his sister reports that he had a change in behavior going back to about 2020. He retired from the military in 2012 and has struggled with PTSD but was able to cope prior to 2020. He worked in security and as a truck driver, and he handled all of his own IADLs/ADLs. Around 2020, he developed poor sleep and began having visions of his friend who died and his mother who died. These are distinct from flashbacks to actual events that occurred during the war. He was recently seen by psychiatry and started on Risperdal, but he hasn't started the medication yet. He began having difficulty keeping up with his finances. He had his identity stolen and did not take the necessary action to correct this with his credit card companies. He occasionally gets lost while driving. He requires his sister's assistance to keep up with finances and legal issues. He has trouble finding words at times and at other times, becomes tangential in his storytelling and doesn't notice that he is rambling. He may also repeat himself, asking the same question multiple times as though he doesn't remember asking before.

He had neuropsychological testing in April 2022, which revealed deficits in delayed verbal memory, general reasoning, deductive logic, visual memory, delayed memory, complex problem solving, and divided attention. There were no indications of malingering. The neuropsychologist concluded that his "profile is consistent with frontotemporal lobe involvement involving executive and memory deficits. His working memory and processing speed were also judged to be within the low average range." His final impression was "Major Neurocognitive Disorder

Secondary to Traumatic Brain Injury."

At last visit, he reported that he doesn't like taking medications, but he has been taking riboflavin and magnesium but has had loose stool. He was training to be a truck driver in the summer of last year. He had a period of about 5 days during this time where he felt disoriented, not himself. This was related to working with a difficult co-driver. Otherwise, he is not aware of ever having acute onset stroke-like symptoms.

Today, he reports he is currently in therapy through the court. He is now having flashbacks about when he was arrested. He is in the process of repeat neuropsych testing. He continues to have headaches every day. They interfere with his ability to work. It is a pressure, dull pain over the bilateral forehead and temporal areas. They are associated with nausea. He took Imitrex in the past which was somewhat helpful. He saw an outside neurologist who recommended Botox for migraine, but patient has not tried the prerequisite medications.

ROS [Review of Systems]:
14 PT [Part] ROS [Review of Systems] reviewed and was unremarkable except as per HPI [History of Present Illness]

MEDICAL HISTORY (Per chart, reviewed with patient):
Multiple TBIs [Traumatic Brain Injury] with LOC [Loss of Consciousness]
PTSD [Post Traumatic Stress Disorder]
Colon Adenoma
HLD [Hyperlipidemia]

SURGICAL HISTORY:
R shoulder surgery

FAMILY HISTORY:
Father~schizophrenia
Two siblings with migraine

[DE 63: Ex. E: 6-7].

In [Id: Ex. A: 8-9], Dr. Michael Brannon's forensic psychological report synthesizes his own findings about Mr. Friedbauer's frail psychological condition with that of Dr. Chavez [Id: Ex. B], Dr. Dajani [Id: Ex. C], Dr. Arias [Id: Ex. D], and the VA Medical Notes [Id: Ex. E, F, and G] as follows:

The examinee reported and displayed numerous symptoms of a major mental disorder and a neurological disorder. Psychological testing revealed mild neurocognitive deficits and symptoms of severe trauma. In a telephone interview with the examinee's sister, she reported that her brother has displayed deteriorating cognitive functioning in a variety of areas. She also corroborated his exposure to traumatic events in the military and current symptoms of a trauma-based disorder. Veteran's Administration treatment records revealed diagnoses of Posttraumatic Stress Disorder and Major Neurocognitive Disorder, and he was prescribed several medications for the symptoms of those conditions. In a Neuropsychological Evaluation by Dr. Frances Garcia Chavez, she diagnosed the examinee with Major Neurocognitive Disorder due to multiple etiologies, with behavioral disturbance, mild Traumatic Brain Injury, Frontotemporal involvement, possible vascular involvement, and Posttraumatic Stress Disorder (PTSD). In a progress note from First Choice Neurology dated 11-16-22 by Dr. Brad M. Dajani, he diagnosed the examinee with chronic migraine headaches with aura, intractable chronic post-traumatic headache, Encephalopathy, Chronic Traumatic Encephalopathy (CTE), Dementia with behavioral disturbances, Pseudobulbar Affect, Depression, unspecified depression type, and history of brain concussion and he prescribed several medications for the treatment of those conditions. In a neuropsychological evaluation by Dr. Alejandro Arias, he concluded that the examinee suffers from Major Neurocognitive Disorder Secondary to Traumatic Brain Injury. The examinee should be encouraged to continue to receive psychiatric and psychological treatment services at the Veteran's Administration, including consideration of psychotropic medication. He should be considered for court-ordered competency to proceed evaluations by community examiners due to the reported severity of his cognitive and mental health deficits as noted above. Notably, the examinee's mental health condition and neurological functioning will worsen at an undetermined pace in the foreseeable future.

On 10/3/23, the VA Veteran's Benefits Administration assigns a 70 percent disability evaluation for Mr. Friedbauer's major depressive disorder with traumatic brain injury based on the following debilitating mental health factors:

- Anxiety;
- Chronic sleep impairment;
- Depressed mood;
- Difficulty in adapting to a work-like setting;
- Difficulty in adapting to stressful circumstances;
- Difficulty in adapting to work;

- Difficulty in establishing and maintaining effective work and social relationships;

- Disturbances of motivation and mood;

- Forgetting directions;

- Forgetting names;

- Forgetting recent events;

- Mild memory loss;

- Obsessional rituals that interfere with routine activities;

- Occupational and social impairment, with deficiencies in most areas, such as work, school, family relations, judgment, thinking or mood; and

- Suspiciousness.

[Ex. J: 2-3].

The VA assigns Mr. Friedbauer an additional 30 percent disability rating for his migraine headache condition. [Id: 1].

**Further Support for Downwardly Varying**
**[Dr. Robin J. Wilson, Ph.D., Forensic Psychological Evaluation of Mr. Friedbauer]**

Dr. Wilson writes a very comprehensive Psychological Assessment of Risk and Need Report as it relates to Mr. Friedbauer. Dr. Wilson is testifying at the December 6, 2023, at 3:00 p.m. sentencing hearing that the Honorable Court graciously reschedules. [Report attached as Ex. K and Curriculum Vitae attached as Ex. L]. Dr. Wilson generates the following forensic psychological diagnostic impressions and Summary and Recommendations as they relate to Mr. Friedbauer:

## DIAGNOSTICS

Mr. Friedbauer has a history of psychiatric or psychological involvement related to Posttraumatic Stress Disorder and other effects of traumatic brain injuries and troublesome emotional events from his time in military service. Although he admitted to one instance of domestic violence leading to a conviction for Assault, there is insufficient data to offer a diagnosis with respect to antisociality as a personality disorder.
Posttraumatic Stress Disorder, Obsessive-Compulsive Disorder, and Neurocognitive Disorder (either mild or major) have been frequently noted in various evaluations done with Mr. Friedbauer and there was nothing in the current evaluation to contradict these diagnoses.

Regarding sexuality, Mr. Friedbauer denied any interest in unusual or illegal sexual practices suggestive of sexually deviant interests or preferences in that domain, and it would be particularly unusual for someone of Mr. Friedbauer's advanced age to demonstrate initial signs of Pedophilia or Hebephilia at this stage of his life. It is much more likely that his actions are the result of compromised cognitive functioning as detailed above.

## SUMMARY AND RECOMMENDATIONS

Joshua Friedbauer is currently facing sentencing on charges of Enticement of a Minor and Receipt of Child Pornography. The victim in this case was the 13-year-old daughter of Mr. Friedbauer's former/current paramour in the Philippines. Regarding prior criminal history, Mr. Friedbauer reported a previous conviction in 2003 for Assault in what appears to have been a domestic violence scenario. He has no other criminal arrests, charges, or convictions.

There is insufficient data to diagnose Mr. Friedbauer with a mental health condition regarding antisocial personality orientation or deviant sexual interests, although it is clear that he engaged in quite concerning sexually inappropriate conversations with a 13-year-old girl that involved him sending her pictures of his genitals on many occasions and requesting (and receiving) explicit pictures of the child's genitals and breasts.

Actuarially informed risk assessment for reengagement in crime, generally, suggests a low level of congruence with general criminality or antisocial personality orientation. In regard to risk for sexually reoffending, he is in the Below Average risk group; however, it is particularly notable that his dynamic risk profile is significantly more problematic than his static profile. Static Variables assess risk from the historical perspective while dynamic variables are more reflective of current functioning.

The increased degree of Difficulty Mr. Friedbauer demonstrates in the dynamic domain is very much influenced by continued decompensation in his cognitive abilities due to dementia and the cumulative effects of brain trauma. Notably, his memory of prior events

**is likely to decrease significantly over time, while his level of confusion as to what exactly happened in the past increases.**

United States Sentencing Commission's
Judiciary Sentencing Information Statistics Database
[JSIN-jsin.ussc.gov]

Against the backdrop of JSIN statistics, defendants similarly situated to Mr. Friedbauer with a Primary Guideline of § 2G1.3, a Final Offense Level of 36, and a Criminal History Category of I, are sentenced across the country in the following way from an average and median point of view:

> **During the last five fiscal years (FY2018-2022), there were 50 defendants whose primary guideline was §2G1.3, with a Final Offense Level of 36 and a Criminal History Category of I, after excluding defendants who received a §5K1.1 substantial assistance departure. For the 50 defendants (100%) who received a sentence of imprisonment in whole or in part, the average length of imprisonment imposed was 170 month(s) and the median length of imprisonment imposed was 180 month(s).**

Interestingly, the JSIN analysis does not end here. JSIN statistics reveal that 39 percent of similarly situated defendants to Mr. Friedbauer are sentenced within the presumptive sentencing guidelines range, 50 percent receive downward departures or variances, and the remaining 11 percent of defendants either receive upward departures or variances or § 5K1.1 substantial assistance sentencing reductions.

Mr. Friedbauer concedes that these JSIN statistics are not necessarily an "apples to apples" comparison to the factual realities of his case but the 50 percent downward departure-variance statistic for a § 2G1.3 case provides a foundational basis for the Honorable Court to consider the justice of downwardly varying.

## Conclusion

Mr. Friedbauer's offense conduct in this case is indefensible and must be punished. Against the backdrop of Mr. Friedbauer's exemplary military service and the steady devolution of his cognitive executive capacities directly related to the head injuries he sustains courageously serving in the Gulf War Era, a downward variance to the 10-year minimum mandatory is sufficient but not greater than necessary to advance the sentencing goals of **§** 3553(a).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

JACOB A. COHEN, ESQ.
Law Offices of Jacob A. Cohen, PLLC
750 South Dixie Highway
Boca Raton, FL 33432
Telephone 561-715-7866
E-mail – jacob@jacobcohenlaw.com

By: /s/ Jacob A. Cohen, Esq.
    Jacob A. Cohen, Esq.
    Fla. Bar No. 0162530